AO 239  (01/09; Minn. Dist. Ct. MODIFIED 10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Jim CLARK, Jim CLARK, PA.
_____
Plaintiff/Petitioner
v.
Wells Fargo, N.A. et al
_____
Defendant/Respondent

)
)
)   Civil Action No. _____
)
)

SCANNED
OCT 15 2012
U.S. DISTRICT COURT MPLS

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 10-11-2012

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |

CASE 0:12-cv-02621-ADM-JJK   Document 2   Filed 10/12/12   Page 2 of 6

Page 2 of 6

AO 239 (01/09; Minn. Dist. Ct. MODIFIED 10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance (such as welfare) | $ 203 | $ N/A | $ 203 | $ N/A |
| Other (specify): | $ 0 | $ N/A | $ 0 | $ N/A |
| Total monthly income: | $ 203.00 | $ 0.00 | $ 203.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 240.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| WINGS CREDIT UNION | SAVINGS/CHECKING | $ | $ 0 |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must have an authorized prison official complete the Certificate of Authorized Prison Official provided on Page 6 of this application. The certificate must be filed with this application.

AO 239 (01/09; Minn. Dist. Ct. MODIFIED 10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) APPROX MORTGAGE $15,000 | $ 52,000 |
| Other real estate (Value) | $ 0 |
| Motor vehicle #1 (Value) | $ 0 |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 (Value) | $ 0 |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets (Value) | $ 0 |
| Other assets (Value) | $ 0 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Myself | Self | 55 |
| | | |
| | | |

AO 239 (01/09; Minn. Dist. Ct. MODIFIED 10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? ☐ Yes ☒ No   Is property insurance included? ☐ Yes ☒ No | $ 0 | $ NA |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 100.00 | $ NA |
| Home maintenance (repairs and upkeep) | $ ~~20~~.00 | $ NA |
| Food | $ FOOD STAMPS | $ NA |
| Clothing | $ 20.00 | $ NA |
| Laundry and dry-cleaning | $ 6.00 | $ NA |
| Medical and dental expenses | $ 0 | $ NA |
| Transportation (not including motor vehicle payments) | $ 31.50 | $ NA |
| Recreation, entertainment, newspapers, magazines, etc. | $ 5.00 | $ NA |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ 0 | $ NA |
|     Life: | $ 0 | $ NA |
|     Health: | $ 0 | $ NA |
|     Motor vehicle: | $ 0 | $ NA |
|     Other: | $ 0 | $ NA |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ NA |
| Installment payments | | |
|     Motor vehicle: | $ 0 | $ NA |
|     Credit card (name): | $ 0 | $ NA |
|     Department store (name): | $ 0 | $ NA |
|     Other: | $ 0 | $ NA |
| Alimony, maintenance, and support paid to others | $ 0 | $ NA |

AO 239 (01/09; Minn. Dist. Ct. MODIFIED 10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0 | $ N/A |
| Other *(specify)*: | $ 0 | $ N/A |
| Total monthly expenses: | $ 192.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes   ☒ No     If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes  ☒ No

    If yes, how much?  $ _____
    If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?     ☐ Yes  ☒ No

    If yes, how much?  $ _____
    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

13. Identify the city and state of your legal residence.
    MINNEAPOLIS, MINNESOTA

    Your daytime phone number:  612 516 2853
    Your age: 55   Your years of schooling:  GED
    Last four digits of your social-security number:  7324

**Prisoners:** The following Certificate page *must* be completed by an authorized prison official and provided with this application.

| State of Minnesota | District Court |
|---|---|
| County HENNEPIN | Judicial District: FOURTH<br>Court File Number: 27 CV 11-11012<br>Case Type: |

*2011 MAY 17 AM 10: 02*
*HENN. CO. DISTRICT COURT ADMINISTRATOR — DEPUTY*

Peter Rickmyer a/k/a Stephenson
Plaintiff/Petitioner

**Order**

☐ DENYING
☑ GRANTING

In Forma Pauperis Application
(Minn. Stat. § 563.01)

Joan Fabian, et al.
Defendant/Respondent

## Order Denying In Forma Pauperis Application

Based on the affidavit of the applicant ___ and the authority of M.S. 563.01, the Court FINDS:

☐ The action is frivolous
☐ The applicant is not found to be indigent and is not entitled to proceed in forma pauperis.

**IT IS ORDERED THAT:** Applicant's request to proceed in forma pauperis is **denied.**

Dated: _____          _____
                                    Judge of District Court

---

## Order Granting In Forma Pauperis Application

Based on the affidavit of the applicant ___Peter Stephenson aka Peter Rickmyer___ and the authority of M.S. § 563.01, the Court FINDS: The applicant's claims are not frivolous and applicant is indigent and is entitled to proceed in forma pauperis *with respect to that Petition* *as set forth in the 47 page Petition for Writ of Habeas Corpus and other relief dated May 12, 2011*

**IT IS ORDERED THAT:**

1. The applicant is authorized to proceed in forma pauperis "without prepayment of fees, costs and security." Minn. Stat.§ 563.01 Subd. 3.

2. All necessary pleadings in this proceeding shall be served by the Sheriff of the appropriate county as requested without payment of any fees or costs, AND

3. If funds are recovered by either settlement or judgment in this action, the costs deferred and expenses directed by the Court to be paid in this order shall be included in such settlement or judgment and shall be paid directly to the Court Administrator by the opposing party.

4. This order expires one year from the date of this order, unless otherwise amended or altered by the court.

Dated: May 16, 2011          *James Swenson*
                              Judge of District Court