**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Wells Fargo, N.A.,

   Plaintiff,      **DISQUALIFICATION AND**
               **ORDER FOR REASSIGNMENT**

vs.

Jill Clark, et al.,

   Defendants.

  The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

  **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

  **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  October 16, 2012

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge