UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Wells Fargo, N.A.                                   Case No. 12-cv-02621

    Plaintiff,

v.

Jill Clark, Jill Clark, P.A.

    Defendants.

Jill Clark, Jill Clark, P.A.

    Plaintiffs,

v.

Wells Fargo, N.A.
                                            NOTICE OF
    Defendant.                             FILING NOTICE OF REMOVAL

Petitioners Peter Rickmyer,
Morris Klock, Jerry Moore,
Jill Clark, Jill Clark, P.A.,
Jill Clark, LLC,

v.

Hennepin County District Court,
a/k/a Fourth Judicial District,
Robert A. Blaeser, in his individual
Capacity as Presiding Judge of Civil,
and John Does 1-10,

    Third-party Defendants.

---

Rickmyer (along with others) removed his Hennepin County Court civil cases to the District of Minnesota on August 10, 2012.

The removal was perfected (which included an August 31, 2012 notice of filing notice of removal, e-filed on Tyler Host), but the case number was not assigned because the federal court asked that the cases removed be spit civil and criminal.

That has been done, and a case number (above) has been assigned. The notice of removal was e-filed August 31, 2012 (entered September 1, 2012). It is attached here and being re-filed with this additional page(s) as explanation (and this is being emailed to Judge Bush and counsel).

Because of splitting the cases, the Petition was slightly revised. That is being served via US mail on all parties, today.

A courtesy copy of the revised petition is being emailed to Judge Bush and all parties.

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

---

Wells Fargo, N.A.                                   District Court Civil No. 27-cv-11-3331

    Plaintiff,

v.                                                  **NOTICE OF FILING NOTICE OF REMOVAL**

Jill Clark,                                         **(e-filed August 31, 2012)**

    Defendant.

Jill Clark and Jill Clark, P.A.,                    District Court Civil No. (unfiled)

v.

Wells Fargo, N.A.

    Defendant.

Wells Fargo, N.A.

    Counter-claimant

v.

Jill Clark and Jill Clark, P.A.

    Counter-defendant.

---

**PLEASE TAKE NOTICE** that Jill Clark, Jill Clark, P.A. hereby files this notice of filing notice of removal to the United States District Court, District of Minnesota.

This petition for removal was filed on August 10, 2012, and that petition and pleadings were served on the state court and counsel at that time. This revised notice of filing notice of removal is to indicate a change in the format of the federal filing so that case numbers can be assigned.

Dated: August 31, 2012        **ATTORNEY JILL CLARK & JILL CLARK, P.A.**
                              s/jillclark_____
                              By: Jill Clark, Esq.[1] (196988)
                              Jill Clark, LLC
                              2005 Aquila Avenue North
                              Golden Valley, MN 5542
                              Tel. 763/417-9102

---

[1] to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances: (1) it is not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation; (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law; (3) the allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on a lack of information or belief.