UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Wells Fargo, N.A., | **NOTICE OF APPEARANCE** |
| Plaintiff(s), | Case No: 12-cv-02621 (ADM/JJK) |
| v. | |
| Clark, et al, | |
| Defendant(s). | |

The undersigned attorney hereby notifies the Court and counsel that Julie K. Bowman, shall appear as counsel of record for Defendant, Will McDonald, in this case.

Dated: October 31, 2012

By: s/Julie K. Bowman
JULIE K. BOWMAN (0248496)
Assistant County Attorney
Attorney for Hennepin County
julie.bowman@co.hennepin.mn.us
A-2000 Government Center
Minneapolis, MN  55487
Telephone:  (612) 348-7051
Fax:  (612) 348-8299