STATE OF MINNESOTA                                      DISTRICT COURT

COUNTY OF HENNEPIN                                      FOURTH JUDICIAL DISTRICT

**STANDING ORDER**

In re the Matter of Peter Rickmyer

---

**WHEREAS**, the Honorable Robert Blaeser, in an order dated May 17, 2010, ordered that Peter Rickmyer may not file any new cases unless an attorney licensed to practice law in the state of Minnesota has signed the complaint and the Chief Judge or the Presiding Judge of Civil has approved and that the Clerk of Court not accept any filings from Mr. Rickmyer unless these conditions are met.

**WHEREAS**, Peter Rickmyer is attempting to file petitions and documents in closed case file 27-cv-09-30329, which has been dismissed, characterizing the documents as an amended petition in an effort to circumvent Judge Blaeser's 2010 order; wherefore,

**IT IS HEREBY ORDERED:**

1. Until further order of this Court, Peter Rickmyer, or an agent on behalf of Peter Rickmyer, may not file any new cases unless an attorney licensed to practice law in the state of Minnesota has signed the complaint or petition and the Chief Judge has specifically approved the filing by written order. The signed, written order must accompany the document at the time of filing.

2. Until further order of this Court, Peter Rickmyer, or an agent on behalf of Peter Rickmyer, may file documents in open cases to which he is a party as long as an attorney licensed to practice law in the state of Minnesota has signed the document.

3. Until further order of this Court, Peter Rickmyer, or an agent on behalf of Peter Rickmyer, may not file any documents in closed cases unless the Chief Judge has specifically approved the filing by written order. The signed, written order must accompany the document at the time of filing.

4. Until further order of this Court, the Clerk of Court shall not accept any document submitted by or on behalf of Peter Rickmyer unless these conditions are met.

5. Until further order of this Court, if Peter Rickmyer has a document to be filed with District Court under paragraphs one or three, he is to email the proposed document to the Chief

Judge for consideration. The Chief Judge will consider the document and issue a written order regarding whether the document may be filed. Requests to file documents will not be accepted in person or by telephone. The Chief Judge may be contacted at 4thJudgeCahillStaff@courts.state.mn.us.

6. Peter Rickmyer's request to submit an amended petition and other various documents in case 27-cv-09-30329 is denied.

Dated: 6/19/12

BY THE COURT:

Peter A. Cahill
Assistant Chief Judge of District Court