UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Wells Fargo, N.A.,
           Plaintiffs,

vs.

Jill Clark, et al,.

           Defendants.

Case No. 12-cv-02621 (ADM/JJK)

**NOTICE TO COURT
AND CEASE AND DESIST NOTICE TO
JORDAN AREA COMMUNITY COUNCIL**

---

STATE OF MINNESOTA  )
                             ) ss.
COUNTY OF HENNEPIN )



SCANNED
MAR 18 2013
U.S. DISTRICT COURT MPLS

    I, Peter Richard Rickmyer, one of the Plaintiffs in the above named caption, submit this Affidavit of Notice to Court and Cease and desist Notice to Jordan Area Community Council , sworn to under oath regarding the facts surrounding the filing of Notice to Court and Cease and desist Notice to Jordan Area Community Council.

### Notice to Court

    August 10, 2012 Plaintiff Peter Rickmyer ("me", "Rickmyer") filed Notice of Removal and 8/31/2012 Removal was perfected. Judge Bush within 7 days issued a Quiet Title Order in 27-cv-11-11012 (See Attached Register of Actions Page 1) of me filing the following;

1. December 7, 2012 accusing one or more Judges in Fourth Judicial District including but not limited to Judges Zimmerman, Blaeser and Bush of judicial misconduct,

2. 12-11-2012 accusing defendant David Schooler ("Schooler") of committing Fraud upon the Court by lying to Judge Porter and Judge Poston about Plaintiff Rickmyer and requesting this Court to issue an Injunction prohibiting defendant Schooler from committing Fraud upon the Court.

1

## Cease and desist Notice to Jordan Area Community Council

Jordan Area Community Council's ("JACC") rental property located at 2539 Irving Avenue North does not meet minimum Accessible Standards of Americans Disabilities Act ("ADA") and therefore cannot obtain a Certificate of Occupancy ("CO"). JACC is illegally renting 2539 Irving Avenue North to Hennepin County Department of Corrections for occupation.

**Jordan Area Community Council Cease and desist** renting 2539 Irving Avenue North Occupation until JACC complies with Accessible Standards of ADA and obtains a Certificate of Occupancy.

**FURTHER AFFIANT SAYETH NAUGHT**

*[signature]*
Peter Rickmyer
2118 25th Avenue North
Minneapolis, Minnesota 55411
(612) 516-2853

Subscribed and sworn to before me
This ~~6th day of December, 2012~~
2 DAY OF JANUARY 2013

*[signature]* Cathern Murphy Schubert
Notary Public

1-2-2013

CATHERINE MURPHY SCHUBERT
Notary Public-Minnesota
My Commission Expires Jan 31, 2015